[No. 26035-9-I.   Division One.   March 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY D. ANDERSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-03732-9, Maurice Epstein, J. Pro Tem., entered March 28, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Agid, J.

[No. 26682-9-I.   Division One.   March 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-03446-3, Anthony P. Wartnik, J., entered August 1, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Agid, J.

[Nos. 27187-3-I; 28298-1-I.   Division One.   March 2, 1992.]

BELLINGHAM CITY CENTER DEVELOPMENT AUTHORITY, *Respondent*, v. JOHN CREED, ET AL, *Appellants*.

BELLINGHAM CITY CENTER DEVELOPMENT AUTHORITY, *Respondent*, v. MIKE KENNARD, ET AL, *Defendants*, MIKE KARN, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 90-2-01043-7, 90-2-01458-7, Michael F. Moynihan and David A. Nichols, JJ., entered September 28, 1990 and March 18, 1991. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Webster, J.